FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 09 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10004 |
| Plaintiff-Appellee, | D.C. No. 2:11-cr-00217-LDG-CWH-1 District of Nevada, Las Vegas |
| v. | |
| NICHOLAS LINDSEY, | |
| Defendant-Appellant. | ORDER |

Before: NOONAN, GOULD, and FRIEDLAND, Circuit Judges.

The Government's Unopposed Motion for Extension of Time to File a Response to Defendant's Petition for Rehearing and Rehearing En Banc is GRANTED. The response shall now be due October 14, 2016.