UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 12 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>NICHOLAS LINDSEY,<br><br>    Defendant-Appellant. | No. 14-10004<br><br>D.C. No. 2:11-cr-00217-LDG-CWH-1<br>District of Nevada,<br>Las Vegas<br><br>ORDER |

 Pursuant to G.O. 3.2(h), Judge Reinhardt has been drawn to replace Judge Noonan. The panel will now consists of Circuit Judges REINHARDT, GOULD and FRIEDLAND.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7